JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARTIN S.V.,[1]

          Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

         Defendant.

Case No. CV 22-8816 MRW

JUDGMENT

It is the judgment of this Court that the decision of the

Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in

favor of Defendant.

Date: December 12, 2023

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

[1]     Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.